IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____

JEFFREY ROTHMAN

   PLAINTIFF

  vs

THE CITY OF NEW YORK, etc.,
 et al.

   DEFENDANTS

*CIVIL No. 19-0225 (CM) (OTW)*

*PLAINTIFF ROTHMAN'S NOTICE MOTION FOR RECUSAL OF THE HONORABLE COLLEEN MCMAHON FROM FURTHER PARTICIPATION IN THIS MATTER (PURSUANT TO 28 U.S.C. SECTION 455 (a) and (b) 1)*

_____

   *PLEASE TAKE NOTICE* that, pursuant to 28 U.S.C. Section 455 (a) and (b) 1 Plaintiff Jeffrey Rothman, by his attorney James I. Meyerson, hereby moves the Court for recusal of the Honorable Colleen McMahon from further participation in this matter.

DATED: New York, New York
        June 7, 2020

                          /s/ *James I. Meyerson*_____
                          JAMES MEYERSON
                          510 Fifth Avenue -3rd Floor @ #335
                          New York, New York 10036
                          (917) 570-5369
                          jimeyerson@gmail.com
                          ATTORNEY FOR PLAINTIFF-MOVANT
                          BY:_____

TO:
THE HONORABLE COLLEEN McMAHON
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street-Suite # 2550
New York, New York 10007

BRIAN FRANCOLLA, ESQ.
Senior Counsel
Department of Law
Special Federal Litigation Division
100 Church Street
New York, New York 10007
(212) 356-3527
(212) 356-3509 (FAX)
brianfrancol@law.nyc.gov
ATTORNEYS FOR DEFENDANTS CITY OF NEW YORK, ANDREW WUNSCH, AND VINCENT FLOREZ
BY:_____