UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY ROTHMAN,<br><br>  Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, ET AL.,<br><br>  Defendants. | No. 19 Civ. 0225 (CM) |

**ORDER DENYING PLAINTIFF'S MOTION FOR RECUSAL**

McMahon, C.J.:

  The motion for recusal is DENIED.

  The Clerk of Court is directed to close the motion at Dkt. No. 113.

Dated: June 9, 2020

                               _/s/ Colleen McMahon_
                                      Chief Judge

BY ECF TO ALL PARTIES

1