EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JEFFREY ROTHMAN

   PLAINTIFF

  vs                                   CIVIL No. 19-0225 (CM) (OTW)

THE CITY OF NEW YORK, etc.,
et al.,

   DEFENDANTS

## PLAINTIFF'S PRE-TRIAL LIST OF PROPOSED EXHIBITS

(PX-1)   DECEMBER 14, 2017 DATED JEFFREY ROTHMAN EXECUTED PROOF OF SERVICE OF THE SERVICE OF SUMMONS AND COMPLAINT ON RICHARD EVANS FILED BY JEFFREY ROTHMAN IN *JONATHAN MERCEDES v. THE CITY OF NEW YORK, etc., et al.* 17 Civ 7378 (AKH) (S.D.N.Y. 2017)

(PX-2)   PLAINTIFF JEFFREY ROTHMAN'S DECEMBER 28, 2017 DATED LETTER TO ZACHARY CARTER, ESQ. AND LAWRENCE BYRNE, ESQ. WITH DECEMBER 29, 2017 DATED TIME STAMP OF THE RECEIPT OF THE LETTER BY THE OFFFICE OF THE CORPORATION COUNSEL AND WITH DECEMBER 29, 2017 DATED CONFIRMATION OF THE CERTIFIED MAILING TO LAWRENCE BYRNE

(PX-3)   DECEMBER 29, 2017 DATED JEFFREY ROTHMAN EXECUTED TYPO CORRECTED (DATE –DECEMBER 13, 2017 RATHER THAN SEPTMEBER 13, 2017) PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON RICHARD EVANS FILED BY JEFFREY ROTHMAN IN *JONATHAN MERCEDES v. THE CITY OF NEW YORK, etc., et al.* 17 Civ 7378 (AKH) (S.D.N.Y. 2017)

(PX-4)   JANUARY 17, 2018 DATED PHOTO VISITOR PASS ISSUED TO JEFFREY ROTHMAN TO GAIN ACCESS TO NEW YORK CITY CIVILIAN COMPLAINT REVIEW BOARD

*PLAINTIFF'S PRE-TRIAL LIST OF PROPOSED EXHIBITS (CONT)*

(PX-5) PHOTO COPIES OF THE CARDS OF NEW YORK CITY CIVILIAN COMPLAINT REVIEW BOARD INESVTIGATORS MATTHEW CAMPOS AND SCOTT CARLTON WHO TOOK PLAINTIFF ROTHMAN'S WALK-IN JANUARY 17, 2018 DATED COMPLAINT TO THE NEW YORK CIVILIAN COMPLAINT REVIEW BOARD

(PX-6) JANUARY 17, 2018 DATED HAND WRITTEN DOCUMENT MEMORIALIZING THE CASE NUMBER AND THE DATE OF PLAINTIFF JEFFREY ROTHMAN'S JANUARY 17, 2018 DATED COMPLAINT TO THE NEW YORK CITY CIVILIAN COMPLAINT REVIEW BOARD

(PX-7) JANUARY 17, 2018 DATED CIVILIAN COMPLAINT REVIEW BOARD WALK-IN FORM

(PX-8) JANUARY 17, 2018 CIVILIAN COMPLAINT REVIEW BOARD COMPLAINT REPORT

(PX-9) CIVILIAN COMPLAINT REVIEW BOARD WITNESS INFORMATION SHEET

(PX-10) JANUARY 17, 2018 DATED CIVILIAN COMPLAINT REVIEW BOARD INTERVIEW SHEET (JEFFREY ROTHMAN)

(PX-11) FEBRUARY 20, 2018 DATED CIVILIAN COMPLAINT REVIEW BOARD INTERVIEW SHEET (VINCENT FLOREZ)

(PX-12) AUDIO RECORDING OF THE FEBRUARY 20, 2018 DATED CIVILIAN COMPLAINT REVIEW BOARD STATEMENT OF VINCENT FLOREZ

(PX-12a) TRANSCRIPT OF AUDIO RECORDING OF THE FEBRUARY 20, 2018 DATED CIVILIAN COMPLAINT REVIEW BOARD STATEMENT OF VINCENT FLOREZ

(PX-13) FEBRUARY 20, 2018 DATED CIVILIAN COMPLAINT REVIEW BOARD INTERVIEW SHEET (ANDREW WUNSCH)

(PX-14) AUDIO RECORDING OF THE FEBRUARY 20, 2018 DATED CIVILIAN COMPLAINT REVIEW BOARD STATEMENT OF ANDREW WUNSCH

## PLAINTIFF'S PRE-TRIAL LIST OF PROPOSED EXHIBITS (CONT)

**(PX-14a)** TRANSCRIPT OF AUDIO RECORDING OF THE FEBRUARY 20, 2018 DATED CIVILIAN COMPLAINT REVIEW BOARD STATEMENT OF ANDREW WUNCH

**(PX-15)** PLAINTIFF JEFFREY ROTHMAN'S MARCH, 2018 DATED ON LINE FILED NOTICE OF CLAIM TO THE NEW YORK CITY COMPTROLLER'S OFFICE

**(PX-16)** E-CLAM RECEIPT RELATED TO PLAINTIFF JEFFREY ROTHMAN'S NOTICE OF CLAIM TO THE BEW YOR CITY COMPTROLLER'S OFFICE

**(PX-17)** MARCH 14, 2018 DATED LETTER FROM NEW YORK CITY COMPTROLLER'S OFFICE TO JEFFREY ROTHMAN

**(PX-18)** APRIL 24, 2018 HANDWRITTEN NOTES OF JEFFREY ROTHMAN-RE: TELEPHONE CALL WITH NEW YORK CITY POLICE DEPARTMENT SERGEANT SWETSKY-RE: JEFFREY ROTHMAN'S DECEMBER 28, 2018 DATED LETTER TO LAWRENCE BYRNE AND ZACHARY CARTER

**(PX-19)** APRIL 24, 2018 DATED LETTER FROM COLON & PEGUERO, LLP TO JEFFREY ROTHMAN SCHEDULING 50(H) NEW YORK STATE MUNICIPLAL LAW HEARING RELATED TO JEFFREY ROTHMAN'S MARCH, 2018 DATED NOTICE OF CLAIM TO THE NEW YORK CITY COMPTROLLER'S OFFICE

**(PX-20)** JUNE 14, 2018 DATED E-MAIL FROM JEFFREY ROTHMAN REQUESTING ADJOURNMENT OF SCHEDULED 50 (H) MUNICIPAL LAW MANDATED HEARING

**(PX-21)** JUNE 20, 2018 DATED LETTER FROM COLON & PEGUERO, LLP TO JEFFREY ROTHMAN RE-SCHEDULING 50(H) NEW YORK STATE MUNICIPAL LAW HEARING RELATED TO JEFFREY ROTHMAN'S MARCH 2018 DATED NOTICE OF CLAIM TO THE NEW YORK CITY COMPTROLLER''S OFFICE

**(PX-22)** AUGUST 1, 2018 DATED HAND WRITTEN NOTES OF JEFFREY ROTHMAN'S TELEPHONE COMMMUNICATION WITH NEW YORK CITY CIVILIAN COMPLAINT REVIEW BOARD

## *PLAINTIFF'S PRE-TRIAL LIST OF PROPOSED EXHIBITS (CONT)*

(PX-23)   AUGUST 1, 2018 DATED E-MAIL FROM NEW YORK CITY CIVILIAN COMPLAINT REVIEW BOARD TO JEFFREY ROTHMAN AND JEFFREY ROTHMAN'S E-MAIL RESPONSE

(PX-24)   AUGUST 1, 2018 DATED E-MAIL TRANSMITTED DECISION FROM THE CIVILIAN COMPLAINT REVIEW BOARD TO JEFFREY ROTHMAN

(PX-25)   NEW YORK CITY POLICE DEPARTMENT PATROL GUIDE PROCEUDRE No. 203-09 (PUBLIC CONTACT-GENERAL)

(PX-26)   NEW YORK CITY POLICE DEPARTMENT PATROL GUIDE PROCEDURE No. 200-02 (MISSION AND VALUES OF THE NEW YORK CITY POLICE DEPARTMENT)

(PX-27)   JANUARY 8, 2019 DATED LETTER TO JEFFREY ROTHMAN FROM CIVILIAN COMPLAINT REVIEW

(PX-28)   JANUARY 18, 2019 DATED NEW YORK CITY POLICE DEPARTMENT FROM/TO MEMO (RE: ISSUANCE OF INSTRUCTIONS TO DETECTIVE ANDREW WUNSCH)

(PX-29)   JULY 26, 2018 DATED MEMORANDUM TO POLICE COMMISSIONER OF THE NEW YORK CITY POLICE DEPARTMENT FROM EXECUTIVE DIRECTOR OF CIVILIAN COMPLAINT REVIEW BOARD –RE: SUBSTANTIATED ALLEGATIONS FOR CCRB CASE NUMBER 20180042 AND UNDERLYING DOCUMENTS RELATED TO ANDREW WUNSCH

(PX-30)   JULY 31, 2018 DATED LETTER FROM EXECUTIVE DIRECTOR OF CIVILIAN COMPLAINT REVIEW BOARD TO JEFFREY ROTHMAN

(PX-31)   NEW YORK CITY POLICE DEPARTMENT PATROL GUIDE PROCEDURE No. 206-02 (SCHEDULE "A" AND SCHEDULE "B" COMMAND DISCIPLINE)

(PX-32)   NEW YORK CITY POLICE DEPARTMENT PATROL GUIDE PROCEDURE No. 206-04 (AUTHORIZED PENALTIES UNDER COMMAND DISCIPLINE)

*PLAINTIFF'S PRE-TRIAL LIST OF PROPOSED EXHIBITS (CONT)*

*(PX-33)*    NEW YORK CITY POLICE DEPARTMENT PATROL GUIDE PROCEDURE No. 318-05 (REVIEW OF DISCIPLINARY ACTION PROPOSED UNDER COMMAND DISCIPLINE)

*(PX-34)*    NEW YORK CITY POLICE DEPARTMENT DETECTIVE ANDREW WUNSCH 12/13/18 MEMO BOOK ENTRIES

*(PX-35)*    PLAINTIFF ROTHMAN"S NOTES FROM DATE OF INCIDENT (12/13/17) AND FROM TELEPHONE CONVERSATION WITH NYPD "WHEEL" ON 12/14/17

*(PX-36)*    JANUARY 26, 2018 DATED MEMO FROM COMMANDING OFFICER, LEGAL BUREAU, TO VARIOUS INDIVIDUALS- PRESERVATION OF EVIDENCE NOTIFICATION

*(PX-37)*    FEBRUARY 2, 2018 DATED TECHNICAL ASSISTANCE RESPONSE UNIT INFORMING THAT VIDEO MATERIAL HAD NOT BE PRESERVED

                DOCUMENTS LISTED BY THE PARTY DEFENDANTS IN THEIR OCTOBER 4, 2019 DATED RULE 26 (A) (1) (A) DISCLOSURES

Plaintiff Rothman reserves his right to amend and to further supplement *Plaintiff Rothman's Pre-trial List of Plaintiff's Proposed Trial Witnesses and List of Plaintiff's Proposed Trial Exhibits* up to and including at the time of the trial of this matter.

DATED: New York, New York
         June 18, 2020

                               Respectfully submitted

                               /s/ *James I. Meyerson*
                               JAMES I. MEYERSON
                               510 Fifth Avenue- at # 335
                               New York, New York 10036
                               (917) 570-5369
                               jimeyesron@gmail.com
                               ATTORNEY FOR PLAINTIFF
                               BY: _____

TO:
BRIAN FRANCOLLA, ESQ.
Senior Counsel
City of New York
Special Federal Litigation Division
100 Church Street
New York, New York 10007
(212) 356-3527
(212) 356-3509 (FAX)
bfrancol@law.nyc.gov
ATTORNEY FOR DEFENDANTS CITY OF NEW YORK, WUNSCH, AND FLOREZ
BY: _____