UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

JEFFREY ROTHMAN,

                                                                                         No. 19 Civ. 0225 (CM)

       Plaintiff,

                                                                                       **TRIAL NOTICE**

  -against-

THE CITY OF NEW YORK, ET AL.,

       Defendant(s).
---------------------------------------------------X

     Please take notice that the above captioned matter is on the list of cases eligible to be tried during the fourth quarter of 2020.  This matter has not yet been assigned a trial date – it is a backup case that will be scheduled in the event that other cases currently scheduled for trial are resolved.  Parties should be prepared to commence trial as early as October 19, 2020 and may be called at any time thereafter to appear for jury selection and trial.

     Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated:  September 8, 2020
        New York, New York

                                                                                    Chief Judge

                                                                                   So Ordered