IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Denied
Colleen McMahon
9/23/2020

JEFFREY ROTHMAN

PLAINTIFF

vs

THE CITY OF NEW YORK, etc., et al.

DEFENDANTS

*CIVIL No. 19-0225 (CM) (OTW)*

*PLAINIFF'S NOTICE OF MOTION FOR RECONSIDERATION OF ASPECTS OF THE COURT'S SEPTEMBER 18, 2020 DATED IN LIMINE RULINGS (DOC # 139)*

MEMO ENDORSED

*PLEASE TAKE NOTICE* that, pursuant to Local Rule 6.3, pursuant to the relevant provisions of the Court's Individual Practices and Procedures, and pursuant to the applicable standards relevant to the analysis of a Motion for Reconsideration and matters associated therewith, Plaintiff Jeffrey Rothman moves the Court for its reconsideration of aspects of the Court's September 18, 2020 dated *In Limine Rulings* (*Doc. # 139*) granting in part and denying in part the party Defendants' *In Limine Motions (Doc. #'s 104-112)*. Specifically Plaintiff Rothman respectfully requests that the Court reconsider an aspect of its Ruling related to the Defendants' *In Limine Motion* for Preclusion of Evidence associated with the CCRB's Investigation (*Doc. #'s 104 and 105*).

DATED: New York, New York
September 21, 2020

/s/ *James I. Meyerson*
JAMES MEYERSON
510 Fifth Avenue -3rd Floor @ #335
New York, New York 10036
(917) 570-5369
jimeyerson@gmail.com
ATTORNEY FOR PLAINTIFF-MOVANT
BY:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/2020

TO:
THE HONORABLE COLLEEN McMAHON
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street-Suite # 2550
New York, New York 10007

BRIAN FRANCOLLA, ESQ.
Senior Counsel
Department of Law
Special Federal Litigation Division
100 Church Street
New York, New York 10007
(212) 356-3527
(212) 356-3509 (FAX)
brianfrancol@law.nyc.gov

MARIA FERNANDA DeCASTRO, ESQ.
Senior Counsel
Department of Law
Special Federal Litigation Division
100 Church Street
New York, New York 10007
(212) 356-2658
(212) 356-3558 (FAX)
mdecastr@law.nyc.gov

ATTORNEYS FOR DEFENDANTS CITY OF NEW YORK, ANDREW WUNSCH, AND VINCENT FLOREZ
BY:____________________________