UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY ROTHMAN,

                      *Plaintiff,*

      -against-

THE CITY OF NEW YORK, et al.,

                      *Defendants.*



No. 19 Civ. 225 (CM)

McMahon, C.J.:

    The Court having convened the final pretrial conference and heard the parties' objections to the exhibits in dispute, the following exhibits are admitted:

Plaintiff's Exhibits:
- PX-25
- PX-26
- PX-34
- PX-35 (Plaintiff may introduce only the handwritten notes that were made during the incident at One Police Plaza on December 13, 2017.)

Although the Court initially admitted PX-12, PX-12(a), PX-14, PX-14(a), and PX-38, Plaintiff has since asked to withdraw those exhibits from evidence. (Dkt. No. 145.) PX-12, PX-12(a), PX-14, PX-14(a), and PX-38 are no longer admitted into evidence.

Defendants' Exhibits: DX-1, Defendants' only exhibit, is admitted. There were no objections to this exhibit by Plaintiffs' counsel.

    The Court having convened the final pretrial conference and heard the parties on potential witnesses, will allow testimony from the following Witnesses:

    Plaintiff's Witnesses:
- Jeffrey Rothman

    Defendants' Witnesses:
- Detective Andrew Wunsch
- Sergeant Vincent Florez

The parties are to report to Courtroom 24A at 10:00 AM on Tuesday, October 6.

Dated: New York, New York
       September 29, 2020
       Oct 1

_____
Chief Judge

BY ECF TO ALL COUNSEL