USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JEFFREY ROTHMAN,

                Plaintiff,

    -against-

THE CITY OF NEW YORK, et al.,
                Defendants.
-----------------------------------------------------------X

19 CIVIL 225 (CM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Colleen McMahon, United States District Judge, Plaintiff Jeffrey Rothman has a judgment in the amount of $1.00 for the § 1983 claim against Defendant Wunsch and conversion and battery claims against Defendants Wunsch and the City of New York; judgment for defendants on all other claims

DATED: New York, New York
           October 15, 2020

So Ordered:
_____
U.S.D.J.

RUBY J. KRAJICK
_____
Clerk of Court

BY: _____
Deputy Clerk