**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JEFFREY ROTHMAN,

                Plaintiff,

-against-                            19 **CIVIL** 225 (CM)

**JUDGMENT**
**For attorney's Fees & Costs**

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 30, 2020, Rothman's motion for an award of $44,800 in attorney's fees is denied. The court has awarded him $1 in attorney's fees which, in the circumstances, is a reasonable award plus his costs of $862.00; accordingly, this case is closed.

**Dated:**  New York, New York

      November 30, 2020

                                               **RUBY J. KRAJICK**
                                             _____
                                              **Clerk of Court**
**BY:**
                                             _K. Mango_____
                                              **Deputy Clerk**